# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-0209
LT Case No. 2021-DP-154

_____

T.B., FATHER OF J.A.B., A MINOR
CHILD,

      Appellant,

      v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Richard F. Joyce, of Office of Criminal Conflict and Civil Regional
Counsel, Casselberry, for Appellant.

Rachel Batten, of Department of Children and Families,
Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian
as Litem Office, Tallahassee, for Statewide Guardian ad Litem.

July 19, 2024

PER CURIAM.

AFFIRMED.

JAY, SOUD, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————